UNITED STATES FEDERAL COURT
DISTRICT OF TERRE HAUTE INDIANA

Leeland Eli Eisenberg
Formerly known as,
Ralph Elliott Woodward, JR

PLAINTIFF, Pro se

-v-

The Vatican, Foreign
Sovereign Nation State
Vatican City 00120
Worldwide Roman Catholic Church

RESPONDANT,

No. _____

Sovereign Foreign Nation State, Civil Action Tort Personal Injury Human Rights Violations by Systemic Rape and Sexual Assault by (State Actors) Priest of the Roman Catholic Church

2:19-cv-0240
JRS-DLP

**FILED**

MAY 20 2019

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

## PARTIES

**The Plaintiff, Pro'se**, Leeland Eli Eisenberg, formerly known as Ralph Elliot Woodward, JR., Leeland Eli Eisenberg, Registration No. 15477-049 Terre Haute USP PO Box 33 Terre Haute, IN 47808 USA

**The Defendants**, The Vatican-Vatican City 00120, A Sovereign Nation State, for the Worldwide Roman Catholic Church, in **Pope Francis** - **Respondant Superior** Papal Palace Vatican City 00120

## JURISDICTION

Common law provides a cause of action for the modest number of violations of international law with a potential for personal liability at the time. In order to bring a common law Tort a Plaintiff must identify a norm of international character accepted by the civilized world (human rights violations, rape and sexual assault of children) with specificity comparable to the features of the 18th century paradigms. **Jurisdiction** "Forum non conveniens" is both a jurisdictional and procedural question where the Court is asked to follow the D.C. Circuit in deciding jurisdiction "forum non conveniens" nationality of Plaintiff has some relevance to a Court's determination of "forum non conveniens" There is ordinarily a strong presumption in favor of Plaintiff's choice of forum.

(1)

## STATEMENT OF FACTS

1.) This complaint seeks damages and reperations for the widespread systemic-institutional and individualized "Human Rights Violations" perpetrated by Roman Catholic Priests, Bishops, and Cardinals (Nation State Actors) of the Sovereign Nation State (The Vatican-Vatican City) Whereas "Human Rights Violations shall be defined as systemic institutional worldwide rapes and sexual assault by Roman Catholic Priest(s) throughout the United States of America spanning decades and numbering in the thousands of victims, and tens of thousands worldwide.

2.) On September 17, 2002 (THIS) Plaintiff filed a civil action complaint "Leeland Eli Eisenberg, formerly known as Ralph E. Woodward" <u>Plaintiff</u> -v- Roman Catholic Archbishop of Boston, a corporation sole, and Bernard Cardinal Law, aka Cardinal Bernard Law" <u>Defendants</u> Suffolk County Superior Court -civil- action no.02-4080F Suffolk County State of Massachusetts USA which was settled in 2004 with an out of court finanical settlement of $154,000.00

3.) The Plaintiff's mother was raised in an orphanage run by Catholic nuns in Philadelphia, Pennsylvania USA. She herself contemplated and took initial steps to become a Catholic nun before meeting and marrying my Father in 1960. She instilled upon me a deep unabiding Roman Catholic faith in part in which was great and total reverence for priests, holding them up to God-like figures with unquestioned authority. Priests in that time and era during the 1960's, 70s and 80s were honored and trusted caretakes of both adults and children within the Roman Catholic Church.

4.) In the early fall, September/October of 1982, the plaintiff met with a priest named "Father Cronin" of St. Catherine's Roman Catholic Church in Westford Massachusetts, USA and sought both spiritual and material help and support, explaining to Father Cronin, that (at that time) the Plaintiff was homeless and destitute, living in abandoned junk cars in a local automobile junk yard and desperately needed to find some odd jobs to help rent a normal place to live and to find meaningful employment. The Plaintiff further explained that as a child and young man he was severly addicted to alcohol (an alcoholic) which he was trying to abstain and recover. In response, Father Cronin hired the Plaintiff to paint the entire rectory where all the priests lived, and he set up a cot - makeshift bed in the basement - boileroom of the church where the plaintiff lived and stayed for approximately 6 weeks. The Plaintiff was provided 2 meals a day and an hourly rate of pay to save up for a normal place to live and get on his feet.

5.) Father Cronin was the head pastor in charge of St. Catherine's Roman Catholic Church in Westford, Massachusetts USA, in 1982 and his day or days off were either Monday or Monday-Tuesday each week leaving a priest by the name of "Father Richard Buntle" (since defrocked) in-charge at the Church-rectory. It was on each day Mon-Tuesday that the cook-maid was likewise off, so it was customary each week that Father Buntle would take me for a hot meal and weaken or diminish my senses or capacity by preying on me with excessive amounts of alcohol, "even though he knew I was an alcoholic and trying to abstain and recover". Yet he purposely fed me large amounts of alcohol to incapacitate me so he could later sexually assault me and rape me once back at the church on the 2nd floor private resid-

ence of the priest at St. Catherine's Church Rectory where there was actually a home bar set up stocked with alcohol and he would take out a large cardboard box filled with extreme xxx rated magazines of bizzare sex acts of sadomasochism with leather restraints and chains for infliction of sexual physical pain, as well as acts of bestiality or sex with animals, encouraging me to view thwm while giving me more and more alcohol and a drug called cocaine, to then sexually assault the Plaintiff repeatedly.

6.) On at least four occasions Father Richard Buntle in a same or similar manner (as described in par 5) would sexually prey upon me by giving me excessive amounts of alcohol from a home-bar on the 2nd floor private living quarters of the rectory and giving me cocaine all in a deliberate predatory purpose to incapacitate me to make me more vulnerable with weakened sense so he could and did repeatedly raped and sexually assaulted me in the same and similar manner each week on at least 4 occasions.

7.) I was afraid to tell Father Cronin what Father Bunle was doing to me because I was so completely relaint and dependant upon my arrangement of living at and working for the church, I had nowhere to go or to support myself otherwise and it was so wierd that I thought no one would believe me at the time anyway.

8.) On one occasion in October 1982: Father Richard Buntle took me to an "x-rated adult bookstore" called "Towers News" in Lowell, Massachusetts USA, which had dark private "viewing booths" in which you would sit inside and insert a quarter $0.25 US to briefly watch or view an adult x-rated pornographic video or movie with heterosexual and homosexual content. It was while in one of these darkened private booths that Father Buntle entered and sexually

(4)

molested me.

9.) Again during the late Fall end of October 1982, at approximately 2am I was taken into protective custody for public intoxication by the local Tynesboro Police Department in Tynesboro, Massachusetts USA, whereupon I explained that I was both living at and working for St. Catherine's Church in Westford, Massachusetts USA, whereupon the police called the church and Father Buntle was dispatched to come and pick me up. I could not even walk I was so intoxicated, and I fell asleep in Father Buntle's car on the way back to the church and awoke in the car, my pants were removed, the car was parked in the church driveway in front of the garage and Father Buntle was raping and sexually assaulting me while I was passed out unconscious. The Official Police Reports are available on file at the Police Department. Upon waking up to the obvious pains and discomfort of being sexually assaulted and raped, I pushed Father Buntle away and made my escape back to the basement of the church and in enormous humiliation and great despair I left the church that next morning and tried to commit suicide by jumping off a bridge in Ayer, Massachusetts USA. I survived only to be sent to a psychiatric hospital, one of many such psychiatric facilities and institutions I would end up in and out of my entire life as a result of the deep and lasting effects of being repeatedly raped and sexually assaulted by Father Richard Buntle, a Roman Catholic Priest in America USA.

10.) It should be noted that official police records and hospital records and psychiatric records are avilable to prove and to substantiate all facts - as outlined in this complaint.

11.) All my life I have suffered from the deep emotional and psychological harm and wounds and negative devastating effects of the

(5)

sexual assault(s) and rape(s) by Father Richard Buntle which continues to ruin my quality of life and an inability to maintain normal intimate relationships.

12.) At the time of my stay and work at St. Catherine's Catholic Church I had been previously deemed in my youth to be (developmentally disabled) and following my abuse by Father Buntle I have been deemed to suffer from PTSD (Post Traumatic Stress Disorder) and (mentally disabled) which Father Buntle exploited and took advantage of my mental condition to repeatedly sexually assault me and to rape me, which constitutes raping and sexually assaulting a mentally disabled person.

13.) I have just this past month (March 2019) learned in a newspaper article that in the late 1960's ie 1968-1969, the then Pope, as leader of the American Roman Catholic Church as the Supreme Pontiff Prelate for and by the Vatican "A Sovereign Nation State", issued a papal edict which served as instructions and a mandate for all of the Roman Catholic Churches in America USA and indeed around the world, to secrecy agreements to Quote: "Protect-preserve and maintain the standing, image and reputation of the church in the community and to protect the church's assets. "Not to protect the children" This papal-vatican EDICT served as a basis for a systemic world-wide cover-up of clergy sexual abuse, sexual assaults and and rapes, to protect the church and not the victims. It was specifically the adherence by the church to employ secrecy agreements which allowed for individual priests with whom prior allegations of sexual abuse of minors was known to the church could be quietly or unknowingly transferred to one church after another with impunity and with no warning or due notice of his prior sexual misconduct,

(6)

which ended up giving these predatory sexual assaultive priests to gain more and more access to more and more children with whom they repeatedly and continually sexually assaulted and raped spanning decades throughout the 1960's, 1970's, 1980's, and up to the present.

14.) As a direct and casual result of said **"Papal-Vatican-Edict"** from and on behalf of a **"Sovereign Nation-State"** - **"Vatican City 00120"** which in explicit language - explicit terms (ordered) its **"state actors"** (priest-bishop-cardinals) to essentially **"cover up "** sexual assaults, and rapes and abuse by priests, by quietly and privately settling such cases with financial payments and more importantly, to require victims to agree to secrecy - non-disclosure agreements, which allowed for sexually predatory priests like (Father Richard Buntle) upon finding that he sexually assaulted and raped a young adult or child at one church would be quietly and secretly transferred from one church to another and the secretive transfer deprived the plaintiff of information about Father Buntle's past prior sexual abuse of minors at his previous church assignment with which to serve as due warning to protect myself from him. As Plaintiff I hereby assert as a fact that (if) not for these secrecy agreements ordered by the vatican sovereign nation state actors via a papal edict, that Father Buntle would have or should have otherwise been fired or (defrocked) at his previous church assignment when previous sexual abuse claims first surfaced, and therefore making it impossible for him to rape and sexually assault this Plaintiff church parishioner.

15.) By quietly and secretively moving known sexual predatory priests from one church after another in response to allegations

(7)

of rape and sexual assault at one church only to be reassigned to another church having covered-up said priest's past sexual misconduct served to deny potential and eventual victims of information necessary to make informed decisions to be around said priest or to take precautions to protect themselves against said priest.

16.) By specifically keeping secret that Father Richard Buntle had been previously charged with raping and sexually assaulting parishioners at his previous church assignment only to be quietly and secretively moved to St. Catherines Roman Catholic Church in Westford, Massachusetts USA, that by keeping his sexual assaultive history a secret, made me unaware of and without due notice of Father Buntle's history I would have otherwise been able to make informed decisions about my safety around him.

17.) Said **Papal Edict** of secrecy and nondisclosure agreements was/is the proximate cause, and/or aided and abetted Father Richard Buntle to repeatedly rape and sexually assault me with seemingly complete impunity and by the church's adherence and compliance to said **Papal Edict** to my certain temporal and lasting physical, mental, emotional, and psychological harm and injury which will continue to effect the rest of the Plaintiff's life.

### PRAYERS FOR RELIEF

A.) As to this complaint before and in the **"World Court"** this complaint seeks damages and reparations for the widespread and systemic institutional **"Human Rights Violations"** perpetrated by the Roman Catholic Church through and by its priests, bishops, and cardinals (state actors) of the Sovereign Nation State Chartered by and within **(The Vatican - Vatican City 00120)**

(8)

whereas **"human rights violations"** shall be defined as systemic individual and institutional acts of or patterns of rapes and sexual assaults by Catholic priests upon children and young adults, as this Plaintiff was, where the **"state actors"** sexual misconduct was known and effectively sactioned by the Vatican Sovereign Nation State who took no actions but to hide such evidence of sexual assaults by priests.

B.) That it is a **"Basic human right"** (NOT) to be repeatedly raped and sexually assaulted by a Roman Catholic Priest as (state actors) under the control of the **Nation State of the Vatican** as part of a pattern and epidemic of clergy sexual misconduct against minors and young adults, and whereby reliance upon and adherence to a **"Papal Edict"** of secrecy and non-disclosure agreements for the cover-up of said clergy sexual misconduct by and solely in the interest of protecting the public reputation and assets of the church and not to protect the children and the victims, constitutes respondant superior malfeasance negligence and therefor responsible for the hundreds and thousands of instances of sexual abuses by priests in the United States of America and around the world.

C.) This shall serve as a Federal Tort claim for financial damages and reparations for personal harm, injury, and suffering in the amount sum certain of **8.5 Billion dollars** (Eight Billion Five Hundred Million Dollars and zero cents)

D.) Plaintiff court fees and cost of Attorney Fees.

E.) As it relates and pertains to this complaint to be filed and heard before the **World Court** as **Human Rights Complaint** for **Human Rights Violations**, this Plaintiff and the proposed **Plaintiff's Class Action Status** here move for damages and reparations of 8.5 Billion Dollars US (Eight Billion Five Hundred Million Dollars and Zero Cents US)

### AFFIRMATION

I, Leeland Eli Eisenberg, Plaintiff Pro se hereby affirm under oath and penalty of perjury, that the aforegoing facts and claims are truthful to the best of my belief and ability. This __13TH__ day of __May__ 2019.

_____
Leeland Eli Eisenberg, Pro se
Registration No. 15477-049
Terre Haute USP
PO Box 33
Terre Haute, IN 47808