UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
APR - 8 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

CASE NO. 2:19-CV-00240-JRS-DLP

LEELAND ELI EISENBERG
Plaintiff, Pro'se

v.

VATICAN, DEFENDANT

PLAINTIFF'S EMERGENCY MOTION FOR A STAY OF PROCEEDINGS
EXTRAORDINARY CIRCUMSTANCES

Now comes the Plaintiff, Leeland Eli Eisenberg Pro'se and hereby respectfully moves the Honorable Court, (J.R. Sweeney, J.) based upon extraordinary circumstances of a National Health Emergency-Pandemic for a Stay of Proceedings, up to and including September 1st, 2020:

As grounds therefore:

1.) On 3/24/2020 the Court, (J.R. Sweeney, J.) issued a lengthly explicit detailed set of instructions for the Plaintiff to make service of process upon a Foreign-Nation status Defendant outside the United States. Those instructions include requirements that adhere to and follow U.S. State Department promulgation regulations and policies as prescribed in 22 C.F.R. § 932 (c), of 28 U.S.C. § 1608 (a)(3) and Fed. R. Civ. P. (4)(c)(1) among others the Plaintiff has no access to. Additionally the Court ordered the Civil Complaint, Notice of Claims, Summons and as to Regulation 22 C.F.R. § 93.2 requires compliance with nine specific items of information, and that each and all must be translated into Latin: in approximately one months time from now,

(1)

2.) The Plaintiff Moves The Following Extraordinary Circumstances Give Cause For A Stay Of Proceedings Until September 1st 2020:

A.) As This Court Is Well Aware There Exist A Continued Unprecedented And Unimagined National Emergency Declaration Related To A Worldwide Highly Infecteous Disease Pandemic "Corono Virus" Of Biblical Proportions Sweeping Across The United States And Around The World, No One Is Immune From The devistating Effects, Every Aspect Of Our Society And Way Of Life, Business, Civic-Private And Public Institutions, Local Monicipalities, Places Of Worship, Schools, Colleges, Have All But Completely Shut down, To Include Our Courts, Legal Community And Federal Agencies Such As The U.S. State Department At Subject In This Case At Bar.

B.) The Plaintiff In This Case Also Happens To Be A Federal Prison Inmate, The Entire Federal Prison System Including Where The Plaintiff Is Confined Is In Total 24 Hour Lockdown Indefinately Until Further Notice, The Duration Of Which Will Be determined By The Length And Severity Of The Virus Outbreak And National Emergency. Accordingly, The Plaintiff Has Absolutely No Access To A Library-Law Library, Court Rules And Procedure References Research Or Even Access To A Photo Copy Machine With Which To Make Copies Of Documents To Lawfully Serve The Parties To A Case. Where As Pursuant To The Federal Government's Own National Leading Experts And Officials All Publically Declare And Annouonced These Nationall Emergency Conditions Such "Stay At Home - Shelter In Place" - Closure Of All "Non Essential Business" Will Likely Have To Be Maintained And Continued Late Into The Summer And Perhaps Early Fall - September 2020, Leaving Ever Aspect Of Our Daily Lives And Business In A Virtual Standstill,

C.) As but one of many examples of (this) particular Plaintiff's unique and extraordinary circumstances, the Court's Order-Instructions of 3/24/20 for making service of process, requires Plaintiff to provide all documents Complaint, Notice of Claims, Summons, etc etc, be translated from English to "Latin" and provided to the Court by May 15, 2020, However even in the Best of Times, the Plaintiff - Prisoner has no access to a computer, no access to the Internet and no access to any computer program software or apps to translate the case documents into "Latin" or to reference or access the U.S. State Department Web-Site of promulgated policies forms and regulations 22 C.F.R. §; 93.2, Even in ordinary times the Plaintiff would have write and send a request in the mail (which he's done) wait for the State Department to respond in 4-6 weeks just to tell the Plaintiff the cost & fees, writing back-n-forth, waiting on the prison to send then a check from Plaintiff's account upon which the State Department would finally provide copies of the regulations necessary for Plaintiff to comply with This Court's Order. Now Given these Extraordinary Times and all "Non-Essential Staff" not at work that process could take 3-4 months.

D.) Initially, the Indiana State University, Maurer School of Law 211 S. Indiana Ave. Bloomington, In. 47401 /Tel. (812) 855-9229, ilap@indiana.edu Previously met with the Plaintiff at the Prison and offered to assist him with this Complex case, But Now Under Federal/State National Emergency, the entire college campus is closed down, all academic activities are suspended Even the Prison is prohibiting any all all none employees access including attorney(s).

(3)

E.) In seeking this stay of proceedings, the Plaintiff certifies that at all times henceforth, he will continue to act and proceed in good faith and with all due diligence, and hopes to complete all of this Court's service order and instructions at the earliest date possible prior to the date of the September 1st 2020 stay, that this Plaintiff has suffered untolled lasting pain injury and suffering by the Defendant's previous uncontested conducted, that he has waited many years, decades, for his "Day in Court" and will not allow a deadly virus deter his pursuit of Justice in this case.

F.) The Plaintiff further informs the Court, that on March 20, 2020 at approx 11:00 AM, the Plaintiff suffered massive heart failure related to a serious heart condition and recently released from Union Hospital in Terre Haute, Indiana, back to the Federal Prison, where his condition is assessed as "Severe & Critical" forming the basis of a now pending Petition for a Medical/Age Based Compassionate Release before the Bureau of Prison and Sentencing Court.

WHEREFORE: The Plaintiff prays for a Stay of Proceedings to September 1, 2020.

April 3, 2020

by The Plaintiff, Pro Se

Leeland Eli Eisenberg
Reg. No. 15477-049
USP Terre Haute Box 33
Terre Haute, IN. 47808

(4)