Clerk's Office
Civil Business
US Federal District Court
921 Ohio St
Terre Haute, IN. 47807

Leeland Eli Eisenberg
Reg. No. 15477-04
USP Terre Haute
Po Box 33
Terre Haute, IN. 47808

FILED
APR 16 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

April 10th 2020

Request For Summons"

Re: "Leeland Eli Eisenberg -v- Vatican"  2:19-cv-00240-JRS-DLP

On 3/24/2020, the Court (Sweeney J.) ordered that I provide (as Plaintiff) a copy of the Summons translated into Latin to the Clerk for Service Foreign Service. **28 USC §§ 1608(A)(3)**

However, the Court never provided me the initial Court Issued Summons to begin with.  Do I draft my own Summons?

Please if due, Provide me with one original endorsed Summons

Thank you for your time & Assistance

Leeland Eli Eisenberg
Plaintiff Pro Se