UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LEELAND ELI EISENBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00240-JRS-DLP |
| | ) |
| VATICAN, | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

For the reasons set forth in the Entry signed today, Plaintiff's claims are dismissed without prejudice for failure to prosecute, and this action is terminated.

Date: 7/1/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

LEELAND ELI EISENBERG
15477-049
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

1